IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

vs.                                                                                   Civ. No. 00-1598 MV/DJS

PERFORMANCE COATINGS, INC., and
DOES 1-10, inclusive,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Defendant Performance Coatings, Inc.'s Motion for Summary Judgment for Lack of Product Identification, filed October 1, 2001 **[Doc. No. 26]** and Defendant Performance Coatings, Inc.'s Motion to Strike Don Naylor Affidavit, filed October 11, 2002 **[Doc. No. 47]**. The Naylor Affidavit was attached to Plaintiff's Opposition to Defendants Motion for Summary Judgment for Lack of Product Identification. In a Memorandum Opinion and Order dated February 3, 2004, the Court granted Defendant Performance Coatings, Inc.'s Motion for Summary Judgment Based Upon Liquidation of Reliance Insurance Companies.

**IT IS THEREFORE ORDERED** that Defendant Performance Coatings, Inc.'s Motion for Summary Judgment for Lack of Product Identification, filed October 1, 2001 **[Doc. No. 26]** and Defendant Performance Coatings, Inc.'s Motion to Strike Don Naylor Affidavit, filed October 11, 2002 **[Doc. No. 47]** are hereby **DENIED** as moot.

Dated this 3rd day of February, 2004.

                                                                                                       MARTHA VAZQUEZ
U. S. DISTRICT COURT JUDGE

Attorney for Plaintiff:
       Harvey Fruman, Esq.

Attorney for Defendant:
       Gary J. Van Luchene, Esq.